HEIDE KURTZ
2515 S. Western Ave., Suite 11
San Pedro, CA  90732
(310) 832-3604 Phone
*trustee@hkurtzco.com*

**CHAPTER 7 TRUSTEE**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No: 2:19-bk-10489 BR |
| | ) |
| | ) Chapter 7 |
| STEPHEN GOLDEN | ) |
| KAREN GOLDEN | ) **WITHDRAWAL OF NDR/DISMISSAL** |
| | ) |
| | ) [No Hearing Required] |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE:

Please take notice that, HEIDE KURTZ, Chapter 7 Trustee herein ("Trustee"), respectfully requests that the Trustee's Report of Dismissal ("NDR/DISMISSAL") filed on March 11, 2019 be withdrawn. Notice Vacating Dismissal Order was issued by the Court on March 19, 2019.

Date: April 1, 2019

HEIDE KURTZ, Chapter 7 Trustee